UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELSTON T. CASTILLO,

    Plaintiff,

v.

US DEPARTMENT OF JUSTICE,

    Defendants.

CASE NO. C13-5406 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The Court dismisses this action without prejudice because Plaintiff has failed to either pay the filing fee or file a motion to proceed in forma pauperis.

Dated this 10th day December, 2013.

                                    BENJAMIN H. SETTLE
                                    United States District Judge

ORDER